AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

BRIAN TODD

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 04M-1010-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 16, 2000 in Middlesex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

take and carry away, with intent to steal or purloin, property exceeding $1,000 belonging to, or in the care, custody, control, management, or possession of any bank,

in violation of Title 18 United States Code, Section(s) 2113(b) and 2.

I further state that I am a(n) Special Agent, FBI and that this complaint is based on the following facts:

Official Title

See attached affidavit of FBI Special Agent Todd I. Richards.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

3/5/04 at Boston, Massachusetts
Date                              City and State

JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.