AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

_United States of America_
v.
_Brian Todd_

**APPEARANCE**

Case Number: _04M-1010 JGD_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Brian Todd_

Date: _3/9/04_

Signature

Print Name: _Sean P. Gleason_

Address: _163 Merrimack St_

City: _Haverhill_, State: _MA_, Zip Code: _01830_

Phone Number: _978-521-4044_