UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
04M-1010-JGD

UNITED STATES OF AMERICA

v.

BRIAN TODD

**ORDER**

March 29, 2004

DEIN, M.J.

Pursuant to Rules 7.1(d) and (e) of the Local Rules of this Court (effective September 1, 1990), and upon review of the relevant pleadings, to the extent that the government, by way of its Assented-To Motion to Continue Probable Cause Hearing (Docket # 8), seeks to continue the date for that preliminary examination, the motion is allowed, and the preliminary examination, if necessary, shall be held on Friday, April 30, 2004, at 10:30 A.M.

To the extent, however, that the government, by way of that assented to motion, seeks excludable time under the Speedy Trial Act, this court does not have the authority to grant the relief requested, and that matter – relating to the period of time within which an indictment must be brought – must be brought to the miscellaneous business docket under the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts, Section II(6)(c)(1).

_/ s / Judith Gail Dein_
Judith Gail Dein

United States Magistrate Judge