UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
              v.                  )
                                  )
BRIAN TODD                        )     CR. NO. 04M-1010-JGD
                                  )

## JOINT MOTION TO CONTINUE PROBABLE CAUSE HEARING

The parties hereby jointly move that the Court continue the probable cause hearing in this matter, presently scheduled for April 30, 2004, for a period of at least thirty days to accommodate counsels' schedules and to provide the parties with the opportunity to discuss issues relating to the case and its potential resolution. In so moving, the defendant explicitly waives his right to a preliminary examination within 30 days of the filing of the criminal complaint.


BRIAN TODD                            MICHAEL J. SULLIVAN
By His Attorney                       United States Attorney

                                  By:

_Scott Gleason_ (D\c)                 _Donald L. Cabell_
SCOTT F. GLEASON, ESQ.                DONALD L. CABELL
163 Merrimack                         Assistant U.S. Attorney
Haverill, MA                          U.S. Courthouse
(978) 521-4044                        1 Courthouse Way
                                      Suite 9200
                                      Boston, MA 02210
                                      (617) 748-3105


April 29, 2004