AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

United States of America

v.

Brian Todd

**APPEARANCE**

Case Number: 04M-1010-JGD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Brian Todd

Date: 6/17/04

Signature: [signed]

Print Name: Thomas J. Gleason

Address: 163 Merrimack Street

City: Haverhill   State: MA   Zip Code: 01830

Phone Number: (978) 521-4044

tom@gleasonlawoffices.com